■ In the Matter of RICHARD WALKER, Petitioner, v DANIEL D. ANGIOLILLO, Respondent. [627 NYS2d 937] —Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Judge to decide the petitioner's motion pursuant to CPL 440.20 to set aside a sentence imposed upon his conviction under Indictment No. 85-00209.

Adjudged that the petition is denied and the proceeding is dismissed as academic, without costs or disbursements.

The respondent decided the petitioner's motion by an order entered March 28, 1995. Sullivan, J. P., Miller, Santucci and Altman, JJ., concur.